# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:22MJ17LDA |
| SARAH JANE CAVANAUGH, YOB: 1991 | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   August 2021 to present   in the county of _____ in the
_____ District of   Rhode Island  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 498; | Military or Naval Discharge Certificates; |
| 18 U.S.C. § 1343; | Fraud by Wire, Radio, or Television; |
| 18 U.S.C. § 704(b) & (d)(1); and | Collectively Military Medals or Decorations; and |
| 18 U.S.C. § 1028A | Aggravated Identity Theft |

This criminal complaint is based on these facts:

See the attached Affidavit of Special Agent Thomas Donnelly of the United States Department of Veterans Affairs, Office of the Inspector General ("VA OIG").

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Thomas Donnelly - VA OIG
*Printed name and title*

Sworn to before me and signed [Telephone]

Date: March 11, 2022

*Judge's signature*

City and state:   Providence, Rhode Island         Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*