<u>United States v. Sarah Jane Cavanaugh</u>
COMPLAINT COVER SHEET ATTACHMENT

Count 1: (18 U.S.C. § 498 - Used or exhibited a military discharge certificate, knowing the same to be forged, counterfeited, or falsely altered)

MAX PENALTY

a. 1 year imprisonment;
b. $100,000 fine
c. 1 year supervised release; and
d. $25 special assessment

Count 2: (18 U.S.C. § 1343 - Fraud by Wire, Radio, or Television)

MAX PENALTY

a. 20 years imprisonment;
b. $250,000 fine;
c. 3 years supervised release; and
d. $100 special assessment

Count 3: (18 U.S.C. § 704(b) & (d)(1) - With intent to obtain money, property, or other tangible benefit, fraudulently held herself out to be the recipient of the Purple Heart and Bronze Star with V devices)

MAX PENALTY

a. 1 year imprisonment;
b. $100,000 fine
c. 1 year supervised release; and
d. $25 special assessment

Count 4: (18 U.S.C. § 1028A - Aggravated Identity Theft)

MAX PENALTY

a. 2 years imprisonment;
b. $250,000 fine;
c. 1 year supervised release; and
d. $100 special assessment

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION  ☐ INDICTMENT  ☒ COMPLAINT

CASE NO.: 1:22MJ17LDA

USA vs.

Defendant: SARAH JANE CAVANAUGH

Address: [REDACTED]

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding Indictment  ☐ Superseding Information  ☐ Defendant Added  ☐ Charges/Counts Added

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
RHODE ISLAND  Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ZACHARY A. CUNHA
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): Ronald R. Gendron

☐ Interpreter Required   Dialect: _____

Birth Date: [REDACTED]
☐ Male  ☒ Female  ☐ Alien (if applicable)

Social Security Number: _____

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
VA/Office of the Inspector General

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND  County

**DEFENDANT**

Issue: ☒ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 4

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
|  | See Attached Sheet. | See Attached Sheet. | ☒ Felony ☐ Misdemeanor |
|  |  |  | ☒ Felony ☐ Misdemeanor |
|  |  |  | ☒ Felony ☐ Misdemeanor |
|  |  |  | ☒ Felony ☐ Misdemeanor |
|  |  | Estimated trial days: 7 days | ☐ Felony ☐ Misdemeanor |