AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
### for the
District of Rhode Island

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Sarah Jane Cavanaugh | ) | Case No.  1:22MJ17LDA |
| | ) | |
| _Defendant_ | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court.  A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.


Date:   03/14/2022

/s/Kensley R. Barrett for Sarah Jane Cavanaugh
_Defendant's signature_

/s/Kensley R. Barrett
_Signature of defendant's attorney_

Kensley R. Barrett
_Printed name and bar number of defendant's attorney_

Marin & Barrett, Inc.
1000 Chapel View Blvd
Suite 260
Cranston, RI 02920
_Address of defendant's attorney_

kb@marinbarrettlaw.com
_E-mail address of defendant's attorney_

401-380-6724
_Telephone number of defendant's attorney_

_FAX number of defendant's attorney_