AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| United States of America<br>v.<br><br>SARAH JANE CAVANAUGH, YOB: 1991<br><br>_____<br>Defendant | ) Case No. 1:22MJ17LDA<br>)<br>)<br>)<br>) **RECEIVED**<br>) By Dianna Prete at 2:09 pm, Mar 11, 2022 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    SARAH JANE CAVANAUGH, YOB: 1991                                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Military or Naval Discharge Certificates in violation of 18 U.S.C. § 498;
Fraud by Wire, Radio, or Television in violation of 18 U.S.C. § 1343;
Collectively Military Medals or Decorations in violation of 18 U.S.C. § 704(b) & (d)(1), and
Aggravated Identity Theft in violation of 18 U.S.C. § 1028A.

Date:    March 11, 2022                                                  _____
                                                                                     *Issuing officer's signature*

City and state:    Providence, Rhode Island                     Lincoln D. Almond, U.S. Magistrate Judge
                                                                                     *Printed name and title*

---

### Return

This warrant was received on *(date)* 3/11/2022, and the person was arrested on *(date)* 3/14/2022
at *(city and state)* [REDACTED] Warwick RI.

Date: 3/14/22                                                              _____
                                                                                     *Arresting officer's signature*

                                                                                     Thomas Donnelly, Special Agent VA OIG
                                                                                     *Printed name and title*